MAGISTRATE JUDGE _Bowler_

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TONY H. TAN,<br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and<br>UNITED STATES DEPARTMENT OF<br>TREASURY, INTERNAL REVENUE<br>SERVICE, MICHAEL JAMES HARRIMAN<br>Defendant. | )<br>) **03 CV 10988 WGY**<br>) Civil Action No.<br>)<br>) COMPLAINT<br>) FOR DAMAGES<br>) RECEIPT # 44584<br>) AMOUNT $ 150.00<br>) SUMMONS ISSUED ___<br>) LOCAL RULE 4.1 ___<br>) WAIVER FORM ___<br>) MCF ISSUED ___<br>) BY DPTY. CLK. _CMb_<br>) DATE _5-23-03_ |

## PARTIES

1. The Plaintiff, Tony H. Tan, is an individual residing at 30 Rich Street, The City Malden, County of Middlesex, Commonwealth of Massachusetts.

2. The defendant, United States Department of Treasury, Internal Revenue Service is a federal agency of the Defendant UNITED STATES OF AMERICA.

3. The Defendant, Michael James Harriman, is an individual residing in the Commonwealth of Massachusetts.

## JURISDICTION AND VENUE

4. This court has jurisdiction over the claim asserted against the defendant UNITED STATES OF AMERICA, the United States Department of Treasury, Internal Revenue Service and Michael James Harriman on the grounds that the claim is asserted pursuant to the Federal Tort Claims Act and this court has subject matter jurisdiction over such claims pursuant to 28 U.S.C. § 1346(b).

5.   Venue is proper in this judicial district because the acts and omissions complained of occurred in this judicial district.

## CONDITIONS PRECEDENT

6.   The Plaintiff timely presented this claim in writing to the United States Department of Treasury, Internal Revenue Service. The United States Department of Treasury, Internal Revenue Service failed to make a final disposition of the claim within six months after it was filed. {28 U.S.C. §2675(a)}

## FACTS

7.   This lawsuit results form a motor vehicle collision that occurred on June 1, 2000, at approximately 8:30 AM on Congress Street in the vicinity of Haymarket, in the City of Boston, County of Suffolk, Commonwealth of Massachusetts. At the time and place of the collision, Plaintiff was stopped for pedestrian traffic in a crosswalk when Plaintiff's vehicle was suddenly and violently stuck from behind by a vehicle owned by Defendant governmental agency and driven by Michael James Harriman, the governmental agency's employee while acting in the course and scope of employment. At all times relevant hereto, Plaintiff was operating his vehicle reasonably and prudently. As a direct and proximate result of the impact, Plaintiff suffered serious personal injuries to his Cervical/Dorsal/Lumbar/Sacral spine along with headaches. In addition thereto, Plaintiff was caused to suffer property damage, expenses for medical treatment and loss of income.

## COUNT 1 – FEDERAL TORT CLAIMS ACT

8. This act or omission by Michael James Harriman was negligent. More specifically, Michael James Harriman was an employee of Defendant and was acting in the course and scope of his office or employment and had a duty to exercise ordinary care and operate the motor vehicle reasonably and prudently. Under the laws of the Commonwealth of Massachusetts, a private person would be liable to Plaintiff for his act or omission. In accordance with 28 U.S.C. §1346(b), the United States is liable to the Plaintiff for his damages for the damage to his property, personal injury, medical expenses incurred and loss of income. {28 U.S.C. §2674}

## DAMAGES

9. As a direct and proximate result of the Defendant's negligence, Plaintiff has suffered the following injuries and damages:

    a. physical pain and mental anguish in the past and future;

    b. lost earnings;

    c. medical expenses in the past and future;

    d. physical impairment in the past and future;

    e. property damage.

## PRAYER

10. For these reasons, plaintiff asks for judgment against the defendant for:

    a. $2,542.92 in actual damages;

    b. costs of suit;

    c. prejudgment and post-judgment interest;

d.  damages in an amount which this Court deems just and proper for Plaintiff's physical pain and mental anguish in the past and future;

e.  damages in an amount which this Court deems just and proper for Plaintiff's physical impairment in the past and future

f.  all other relief the Court deems just and appropriate.

Dated: 5/23/03

MARCHESE AND BARNES

Gaetano Montalbano, Esq.
221 Beach Street
Revere, MA 02151
Tel.: (781) 284-6900
Fax: (781) 289-4628
BBO No.: 555181

Attorneys for Plaintiff

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET  03-10988 WGY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Tony H. Tan

## DEFENDANTS
United States of America
Us Department of Treasury,
Internal Revenue Service

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Marchese & Barnes 221 Beach Street
Revere, MA 02151
(781) 284-6900  Gaetano Montalbano

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. §1346(b)   Claim for personal injuries and property damage resulting from an automobile collision

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 5/23/03
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

03 10988 WGY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Tony H. Tan vs. United States of America

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   — I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   — II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   — III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, **350**, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   — IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   — V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   NONE

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   YES        **NO**

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

   YES        **NO**

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES        NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

   YES        **NO**

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

   **YES**        NO

   A.   IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

        **EASTERN DIVISION**        CENTRAL DIVISION        WESTERN DIVISION

   B.   IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

        EASTERN DIVISION        CENTRAL DIVISION        WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Gaetano Montalbano, Esq.
ADDRESS 221 Beach Street Revere, MA 02151
TELEPHONE NO. (781) 282-6900

(Cover sheet local.wpd - 11/27/00)